IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CIVIL NO. 14-32-ART

LARRY MULLINS                                                                    PLAINTIFF

VS.                           **NOTICE OF VOLUNTARY DISMISSAL**

ENCORE CAPITAL GROUP, INC, ET AL.                                    DEFENDANTS

* * * * * * * * * * * * * *

Comes now the Plaintiff, Larry Mullins, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), states as follows:

1.  All matters herein have been resolved;

2.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff voluntarily dismisses the above-captioned proceeding, with prejudice.

This the 29th day of April, 2014.

/s/ Noah R. Friend
Noah R. Friend Law Firm, PLLC
P.O. Box 610
Pikeville, KY 41502
Phone: 606.437.2217
Mobile: 606.369.7030
Fax: 502.716.6158
noah@friendlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29th, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

By:  */s/ Noah R. Friend*
        Noah R. Friend